

# NUMBER 13-17-00417-CR

# COURT OF APPEALS

# THIRTEENTH DISTRICT OF TEXAS

# CORPUS CHRISTI - EDINBURG

---

**JOSEPH D. CANCINO,**                                        **APPELLANT,**

**v.**

**THE STATE OF TEXAS,**                                     **APPELLEE.**

---

On appeal from the 94th District Court
of Nueces County, Texas.

---

# ORDER TO FILE APPELLATE BRIEF

### Before Chief Justice Valdez and Justices Benavides and Longoria
### Order Per Curiam

This cause is currently before the Court on appellant's third unopposed motion for extension of time to file the brief. The reporter's record was filed on November 6, 2017, and appellant's brief was originally due to be filed thirty days thereafter. *See* Tex. R. App. P. 38.6(a). This Court has previously granted appellant two extensions of time

totaling 121 days to file the brief, and appellant now seeks an additional 60 days, until June 5, 2018, to file the brief.

The Court GRANTS appellant's third motion for extension to file the brief and ORDERS the Honorable Cynthia E. Orr to file the brief on or before June 5, 2018. The Court looks with disfavor on the delay caused by counsel's failure to timely file a brief in this matter. No further extensions will be granted absent exigent circumstances.

PER CURIAM

Do not publish.
TEX. R. APP. P. 47.2(b).

Delivered and filed the
19th day of April, 2018.

2